AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) |
|---|---|
| v. | ) |
|  | ) Case No. |
| CLARK GRANT | ) 21-mj-5454-JGD |
|  | ) |
|  | ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ in the county of Suffolk in the _____ District of Massachusetts, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1343 | Wire fraud |
| 18 U.S.C. § 1014 | False statements on loan and credit application |

This criminal complaint is based on these facts:

See attached Affidavit of Special Agent

☑ Continued on the attached sheet.

*Complainant's signature*

Christina Rosen, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 10/18/2021

*Judge's signature*

City and state: Boston, MA    Honorable Judith G. Dein, U.S. Magistrate Judge
*Printed name and title*