# Criminal Case Cover Sheet

U.S. District Court - District of Massachusetts

**Place of Offense:**    **Category No.** II    **Investigating Agency** US DOL-OIG

**City** Boston, MA

**Related Case Information:**

**County** Suffolk

Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number: 21-mj-5454-JGD
Search Warrant Case Number: 21-5408, 5409, 5453, 5455
R 20/R 40 from District of _____

## Defendant Information:

**Defendant Name:** Clark Grant    Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

**Alias Name:**

**Address:** (City & State) Taunton, MA

**Birth date (Yr only):** 1983   **SSN (last4#):** 8651   **Sex** M   **Race:** B   **Nationality:** US

**Defense Counsel if known:** _____    **Address** _____

**Bar Number:** _____

## U.S. Attorney Information:

**AUSA** Adam Deitch    **Bar Number if applicable** _____

**Interpreter:** ☐ Yes ☑ No    List language and/or dialect: _____

**Victims:** ☐ Yes ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

**Matter to be SEALED:** ☑ Yes ☐ No

☑ Warrant Requested    ☐ Regular Process    ☐ In Custody

## Location Status:

**Arrest Date:** _____

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☑ Complaint ☐ Information ☐ Indictment

**Total # of Counts:** ☐ Petty — ☐ Misdemeanor — ☑ Felony 2

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 10/18/2021    **Signature of AUSA:** *Adam Deitch*

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**     Clark Grant

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1343 | Wire fraud | |
| Set 2 | 18 U.S.C. § 1014 | False statements on loan and credit application | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**